UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Notinger</u>

        v.                                      Case No. 05-cv-197-PB

<u>Lemery Development, et al</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

      SO ORDERED.

January  22, 2007                                /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

cc:      Counsel of Record